Thoroyan v Palumbo (2023 NY Slip Op 03592)

Thoroyan v Palumbo

2023 NY Slip Op 03592

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

290 CA 22-00110

[*1]HENRY THOROYAN, PLAINTIFF-APPELLANT,
v
ALEX PALUMBO, ET AL., DEFENDANTS, AND VERIZON NEW YORK, INC., DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

RALPH W. FUSCO, UTICA, FOR PLAINTIFF-APPELLANT.
GOLDBERG SEGALLA LLP, BUFFALO (AARON M. SCHIFFRIK OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Patrick F. MacRae, J.), entered January 19, 2022. The order granted the motion of defendant Verizon New York, Inc. for summary judgment and dismissed the plaintiff's amended complaint against it. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Thoroyan v Palumbo ([appeal No. 1] — AD3d — [June 30, 2023] [4th Dept 2023]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court